IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**ANGELA McILLWAIN**                                                                 **PLAINTIFF**

**v.**                              **1:08CV00057-WRW**

**DALE WEAVER, INDIVIDUALLY AND IN**                          **DEFENDANTS**
**HIS OFFICIAL CAPACITY AS SHERIFF OF**
**SHARP COUNTY, ARKANSAS,** *et al.*

## ORDER

Pending is Defense Attorney John Wilkerson's Motion for Reconsideration on Order on Motion to Withdraw as Attorney (Doc. No. 22). Plaintiff has responded.[1] The Motion is DENIED.

IT IS SO ORDERED this 23rd day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 23.