UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**January 20, 2010**

Mr. Raymond T. Starken
Starken Law Office
Post Office Box 550
Cherokee Village, AR 72525-0550

Mr. Stewart K. Lambert
Lambert Law Office
Post Office Box 550
Cherokee Village, AR 72525

      Re:    *Angela McIllwain v. Dale Weaver, Individually and in his Official Capacity as Sheriff of Sharp County, Arkansas* -- 1:08-CV-00057-WRW

In her deposition, Plaintiff testified that the meth, Xanax, and piece of burnt aluminum foil found in her bra at the Sharp County Jail constituted the instrument of crime charge.[1]

Is this correct? Was the instrument of crime charge based on an item(s) found in Plaintiff's bra?

Please advise by 5:00 p.m., Monday, January 25, 2010.

                                                                                   Cordially,

                                                                    /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:     Other Counsel of Record

---

[1] Doc. No. 42, Exhibit B, page 35 at 20-25.