UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

June 3, 2010

Mr. Raymond T. Starken
Starken Law Office
Post Office Box 550
Cherokee Village, AR 72525-0550

Mr. Stewart K. Lambert
Lambert Law Office
Post Office Box 550
Cherokee Village, AR 72525

    Re:    *McIllwain v. Weaver, et al.*, 1:08-CV-00057-WRW

Gentlemen:

It appears that Separate Defendants' Motion in Limine[1] is well taken: but I learned long ago that, no matter how thin you pour a pancake, it will still have two sides. Ergo, please respond by fax or email by 5:00 p.m., Thursday, June 10, 2010.

                            Cordially,

                            /s/ Wm. R. Wilson, Jr.

cc:  Other Counsel of Record
      Clerk of the Court

---

[1] Doc. No. 80.