IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA McILLWAIN**                                                                     **PLAINTIFF**

**v.**                              **1:08CV0057-WRW**

**DALE WEAVER, Individually and in his**
**Official Capacity as Sheriff of Sharp County,**
**Arkansas,** *et al.*                                                   **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Dismiss with Prejudice (Doc. No. 84) because the parties have reached a settlement agreement and agreed that the Complaint should be dismissed with prejudice. Accordingly, Plaintiff's motion is GRANTED; this case is DISMISSED with prejudice.

IT IS SO ORDERED this 29th day of June, 2010.

                                                    /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE